IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| CHRISTIANA TRUST, *A Division of Wilmington Savings Fund Society, FSB, Not in Its Individual Capacity but as Trustee of ARLP Trust 5*, <br><br> Plaintiff, <br><br> v. <br><br> MARY SUE RIDDLE, <br><br> Defendant/Counter-Plaintiff/ Third-Party Plaintiff. <br><br> v. <br><br> OCWEN LOAN SERVICING, LLC, *et al.*, <br><br> Third-Party Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 6:16-CV-059-C ) ) ) ) ) ) |

## ORDER

Noting that Christiana Trust sold the mortgage at issue, the Court hereby **ORDERS** that Christiana Trust show cause, by no later than December 20, 2019, as to why this civil action should not be dismissed for lack of jurisdiction. Furthermore, each and every Party shall show cause, by even date, whether the Court retained proper jurisdiction to entertain Riddle's third-party claims against Ocwen Loan Servicing, LLC, and Servis One, Inc. d/b/a BSI Financial Services—thus, whether Court had jurisdiction over said Parties and claims at the time of entering its October 23, 2019 Order.

SO ORDERED this 10th day of December, 2019.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE