IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| CHRISTIANA TRUST, *A Division of Wilmington Savings Fund Society, FSB, Not in Its Individual Capacity but as Trustee of ARLP Trust 5*, <br><br> Plaintiff, <br><br> v. <br><br> MARY SUE RIDDLE, <br><br> Defendant/Counter-Plaintiff/Third-Party Plaintiff. <br><br> v. <br><br> OCWEN LOAN SERVICING, LLC, *et al.*, <br><br> Third-Party Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )    Civil Action No. 6:16-CV-059-C |

## ORDER

On this day, the Court considered: (1) U.S. Bank National Association's Motion to Intervene, filed November 14, 2019; (2) Mary Sue Riddle's Response to U.S. Bank National Association's Motion to Intervene, filed December 5, 2019; and (3) U.S. Bank National Association's Reply to Riddle's Response and Opposition to U.S. Bank's Motion to Intervene, filed December 19, 2019.

Having considered the foregoing, the Court is of the opinion that U.S. Bank National Association's Motion to Intervene should be **GRANTED**.[1] Accordingly, U.S. Bank National

---

[1] The Court further considered Ms. Riddle's admission that "the Court maintained proper jurisdiction as to Ms. Riddle's third-party claims against Ocwen and BSI." *See* Doc. 117 at ¶ 3. Thus, the Court maintains jurisdiction over the entire case and controversy arising from the same operative facts such that it may allow intervention of a necessary party to bring its claims.

Association is hereby **ORDERED** to file an amended complaint by no later than 3:00 p.m. on January 10, 2020.[2]

SO ORDERED this 30th day of December, 2019.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[2] Upon the filing of U.S. Bank National Association's Amended Complaint, the pending Motion for Summary Judgment shall be denied as moot without prejudice subject to being refiled.